AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| RUSSELL GLEN HURLEY | ) Case No. 3:21-53 |
| | ) |
| | ) [UNDER SEAL] |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     RUSSELL GLEN HURLEY                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

From on or about April 7, 2019, in the Western District of Pennsylvania, the defendant, RUSSEL GLEN HURLEY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, burglary, on or about June 21, 2006, at Docket Number CP-17-CR-0000755-2005 in the Court of Common Pleas, County of Clearfield, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm to wit: one Hi-Point Model C9 9mm pistol.
In violation of Title 18, United States Code, Section 922(g)(1).

Date:     04/01/2021                                         _____
                                                             *Issuing officer's signature*

City and state:     Johnstown, Pennsylvania               KEITH A. PESTO, United States Magistrate Judge
                                                             *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                         _____
                                                             *Arresting officer's signature*

                                                             _____
                                                             *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                              Race:

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: